

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
05/16/2011

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-80053-G-7 |
| | § | |
| SAMUEL E. JOHNSON and | § | |
| KAREN R. KING, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A. ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
| Movant | § | HEARING DATE: 05/13/2011 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| SAMUEL E. JOHNSON and | § | |
| KAREN R. KING; and JANET | § | |
| S. CASCIATO-NORTHRUP, | § | |
| Trustee | § | |
| Respondents | § | JUDGE LETITIA Z. PAUL |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
(This Order resolves Docket # 16)

U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay against

10001 ROBIN STREET
LA PORTE, TX 77571

LOT 6, BLOCK 4, MEADOWCREST, SECTION 2, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN VOLUME 252, PAGE 134, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

05/10/2011  15:39    2815577800         R.R.RAINOSEK & ASSOC              PAGE  04/04

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

MAY 1 6 2011

ReservedForJudgeSignature

Agreed:

AGREED AND ENTRY REQUESTED:

ROMAN RICHARD RAINOSEK
TBA NO.: 16484500
S.D. TEX. BAR NO.: 4672
909 W MAIN ST
STE 909A
LEAGUE CITY, TX 77573-2023
TELEPHONE: 281-557-2323
FAX: 281-557-7800
EMAIL: rrrainosekatty@aol.com
ATTORNEY FOR DEBTORS

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

ReservedForJudgeSignature

Agreed:

AGREED AND ENTRY REQUESTED:

ROMAN RICHARD RAINOSEK
TBA NO.: _____
S.D. TEX. BAR NO.: _____
909 W MAIN ST
STE 909A
LEAGUE CITY, TX  77573-2023
TELEPHONE: _____
FAX: _____
EMAIL: _____
ATTORNEY FOR DEBTORS

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.